IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JACK DARRINGTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. |
| | ) 1:11-cv-03714-CAP-RGV |
| | ) NOTICE OF SETTLEMENT |
| DELANOR, KEMPER ASSOCIATES, LLC | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that the Court allow sixty (60) days within which to finalize the parties' agreement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

**RESPECTFULLY SUBMITTED,** this 13th day of January, 2012.

s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com
Attorneys For Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Northern District of Georgia using the CM/ECF system. A copy of the foregoing was mailed to counsel for Defendant as follows:

Michael Cohen, Esq.
Northside Law Center, LLC
267 W. Wieuca Rd. NE
Suite 201
Atlanta GA 30342

        WEISBERG & MEYERS, LLC

        s/Craig J. Ehrlich
        Craig J. Ehrlich
        Georgia Bar No. 242240
        WEISBERG & MEYERS, LLC

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

        Respectfully submitted,

        s/Craig J. Ehrlich
        Craig J. Ehrlich